UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ZOLTAN HIRSCH,                                          CASE NO: 1:11-cv-3439 (AJN)(GWG)

       Plaintiff,

vs.

FOREVER BEST TIME, INC., a New York
corporation, d/b/a FOREVER BEST TIME, and
NEW BEST TIME INC., a New York corporation,
and DDEH 1567 LEXINGTON, LLC, a Delaware
limited liability company,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __OCT 1 8 2012__

## NOTICE OF SETTLEMENT

      COMES NOW Plaintiff, ZOLTAN HIRSCH, through his counsel, and Defendant, DDEH

1567 LEXINGTON, LLC, a Delaware limited liability company (the "Parties"), and hereby notify

this Court that settlement has been reached in the above styled case with regard to solely Defendant

DDEH 1567 LEXINGTON, LLC.  The Settlement Agreement is being drafted and circulated for

signatures.  A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter

with respect to solely DDEH 1567 LEXINGTON, LLC.  Dated this 16th day of October, 2012.

Respectfully submitted,

By: _____
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Telephone:  (305) 949-7777
Facsimile:  (305) 704-3877
Email:  bbw@weitzfirm.com
Attorney for Plaintiff

By: _____
DDEH 1567 LEXINGTON, LLC
By: _____

SO ORDERED:  10/18/12

_____
United States District Judge Alison J. Nathan